SEYFARTH SHAW LLP
G. Daniel Newland (State Bar No. 087965) dnewland@seyfarth.com
Jennifer P. Svanfeldt (State Bar No. 233248) jsvanfeldt@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
Attorneys for Defendant
C&H SUGAR COMPANY, INC.

LAW OFFICES OF NEVIN & ABSALOM
Kenneth Absalom, (State Bar No. 114607) ken.absalom@333law.com
Michael D. Nelson (State Bar No. 171359) michael.nelson@333law.com
22 Battery Street, Suite 333
San Francisco, CA 94111
Telephone (415) 392-5040
Facsimile (415) 392-3729

Attorneys for Plaintiff
WAREHOUSE UNION LOCAL 6, ILWU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| INTERNATIONAL WAREHOUSE UNION LOCAL 6, ILWU,<br><br>   Plaintiff,<br><br>v.<br><br>C&H SUGAR COMPANY, INC.,<br><br>   Defendant. | Case No. C 07-02203 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
|---|---|

   Plaintiff the International Warehouse Union Local 6, ILWU ("Plaintiff") and Defendant C&H Sugar Company, Inc. ("Defendant") through their respective counsel, respectfully submit the following stipulation and request.

   1.   The Parties request that this Court continue the initial Case Management Conference presently scheduled for October 24, 2007. Given that the parties have tentatively

1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE/ Case No. C07-02203 EMC

agreed to arbitrate the matters in dispute and have tentatively selected arbitrators to preside over the matters, the parties propose that the Case Management Conference be continued until Wednesday, November 28, 2007 at 1:30 p.m. An updated Joint CMC statement is due 11/21/07.

DATED: October 23, 2007               LAW OFFICES OF NEVIN & ABSALOM


                                      By___/s/Kenneth Absalom_____
                                              Kenneth Absalom
                                              Michael D. Nelson

                                      Attorneys for Plaintiff
                                      WAREHOUSE UNION LOCAL 6, ILWU


DATED: October 23, 2007               SEYFARTH SHAW LLP

                                      By___/s/Jennifer P. Svanfeldt____
                                              G. Daniel Newland
                                              Jennifer P. Svanfeldt

                                      Attorneys for Defendant
                                      C&H SUGAR COMPANY, INC.


## [~~PROP~~OSED] ORDER

The Stipulation and [Proposed] Order Continuing the Case Management Conference and is hereby adopted by the Court and the parties are ordered to comply with this Order.

DATED: October 23, 2007

_____
The Honorable Edward M. Chen

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen